IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK COLEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO | : | NO. 14-1683 |

ORDER

AND NOW, this 21st day of October, 2015, upon consideration of petitioner Patrick Coleman's objections (docket entry #20) to the Report and Recommendation of the Honorable Timothy R. Rice (docket entry #16), and for the reasons outlined in the accompanying Memorandum, it is hereby ORDERED that:

1. Petitioner's objections are OVERRULED;

2. Judge Rice's Report and Recommendation is APPROVED and ADOPTED IN PART;

3. Petitioner's habeas petition (docket entry #1) is DISMISSED WITH PREJUDICE and without an evidentiary hearing;

4. Because reasonable jurists could debate whether the petition states a valid claim for a denial of a constitutional right to the extent it leaves the unresolved question of the FMJE's application to petitioner's trial, Slack v. McDaniel, 529 U.S. 473, 484 (2000), we will ISSUE a limited certificate of appealability; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ Stewart Dalzell, J._
Stewart Dalzell, J.

Case 2:14-cv-01683-SD   Document 23   Filed 10/21/15   Page 2 of 2